1 J. Andrew Coombs (SBN 123881)
andy@coombspc.com
2 Annie S. Wang (SBN 243027)
annie@coombspc.com
3 J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
4 Glendale, California 91206
Telephone:  (818) 500-3200
5 Facsimile:   (818) 500-3201

FILED

10 AUG 24  PM 2: 41

CLERK U S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

6 Attorneys for Plaintiffs Disney Enterprises, Inc.,
Twentieth Century Fox Film Corporation,
7 Warner Bros. Entertainment Inc., Universal City
Studios LLLP and Universal City
8 Studios Productions LLLP

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12
Disney Enterprises, Inc., Twentieth      )   Case No.: CV10 6323-AHM (FMOx)
13 Century Fox Film Corporation,          )
Warner Bros. Entertainment Inc.,         )   COMPLAINT FOR COPYRIGHT
14 Universal City Studios LLLP and        )   INFRINGEMENT
Universal City Studios Productions       )
15 LLLP,                                  )   DEMAND FOR A JURY TRIAL
                        Plaintiffs,       )
16        v.                              )
                                          )
17 Virginia A. Heath and Does 1 - 10,     )
inclusive,                               )
18                                        )
                        Defendants.       )
19 _____)

20        Plaintiffs Disney Enterprises, Inc. ("Disney"), Twentieth Century Fox Film

21 Corporation ("Fox"), Warner Bros. Entertainment Inc. ("Warner Bros."), Universal

22 City Studios LLLP and Universal City Studios Productions LLLP ("Universal")

23 (collectively "Plaintiffs"), for their Complaint allege as follows:

24        **A.    Jurisdiction and Venue**

25        1.      Plaintiffs bring this action pursuant to 17 U.S.C. §§ 101, *et seq*. The

26 Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and §

27 1338(a).

28
Disney, et al v. Heath : Complaint               - 1 -

COPY

2. The events giving rise to the claim alleged herein occurred, among other places, within this judicial district. Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(a).

**B.    Introduction**

3. Plaintiffs produce, distribute and/or own various creative works, including, but not limited to, motion pictures and television shows (the "Plaintiffs' Works") that are entitled to copyright protection. Defendants, through various online venues, distribute, promote, offer for sale and sell unauthorized copies of the Plaintiffs' Works (the "Unauthorized Media Product"). Plaintiffs are informed and believe and based thereon allege that this infringement activity is systematic and willful. Plaintiffs ask that this Court enjoin that activity and order Defendants to pay damages pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* (the "Copyright Act.").

**C.    Plaintiffs**

4. Disney is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

5. Disney and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

6. Disney owns exclusive rights under the Copyright Act to the Disney Works, including the rights to reproduce, distribute or license the reproduction and distribution of the motion pictures in video format in the United States, including, but not limited to those copyrights that are the subject of the following copyright registrations, attached hereto as Exhibit "A". Video format includes video cassettes, video laser discs, digital versatile discs ("DVDs"), video compact discs ("VCDs") and Blu-ray discs ("Blu-ray").

7.      Fox is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Los Angeles, California.

8.      Fox and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

9.      Fox owns exclusive rights under the Copyright Act to the Fox Works, including the rights to reproduce, distribute or license the reproduction and distribution of the motion pictures in video format in the United States, including, but not limited to those copyrights that are the subject of the following copyright registrations, attached hereto as Exhibit "B". Video format includes video cassettes, video laser discs, digital versatile discs ("DVDs"), video compact discs ("VCDs") and Blu-ray discs ("Blu-ray").

10.     Warner Bros. is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

11.     Warner Bros. and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

12.     Warner Bros. owns exclusive rights under the Copyright Act to the Warner Bros. Works, including the rights to reproduce, distribute or license the reproduction and distribution of the motion pictures in video format in the United States, including, but not limited to, those copyrights that are the subjects of the following copyright registrations, attached hereto as Exhibit "C". Video format includes video cassettes, video laser discs, digital versatile discs ("DVDs"), video compact discs ("VCDs") and Blu-ray discs ("Blu-ray").

13.     Universal is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Studio City,

California.

14.     Universal and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

15.     Universal owns exclusive rights under the Copyright Act to the Universal Works, including the rights to reproduce, distribute or license the reproduction and distribution of the motion pictures in video format in the United States, including, but not limited to those copyrights that are the subject of the following copyright registrations, attached hereto as Exhibit "D". Video format includes video cassettes, video laser discs, digital versatile discs ("DVDs"), video compact discs ("VCDs") and Blu-ray discs ("Blu-ray").

16.     The expression and other distinctive features of the Plaintiffs' Works are wholly original with Plaintiffs, respectively, their respective licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

17.     Plaintiffs, or any predecessor-in-interest, have complied in all respects with the laws governing copyright and have secured the exclusive rights and privileges in and to the Plaintiffs' Works, and Plaintiffs hold certificates of registration and/or secured exclusive licenses or assignments to reproduce, distribute and license the Plaintiffs' Works throughout the United States.

18.     The Plaintiffs' Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws. Plaintiffs and those acting under their authority have complied with their obligations under the copyright laws and Plaintiffs, in their own right or as successor-in-interest, have at all times been and still are the sole proprietors or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce their exclusive rights for home video distribution in each of the Plaintiffs' Works, respectively.

**D.     Defendants**

19.     Defendant Virginia A. Heath ("Heath") is an individual.  Plaintiffs are informed and believe that Heath is a resident of Whitney, in the State of Texas. Plaintiffs are further informed and believe, and upon that basis allege, that Heath does business under the eBay User "ID" "luckychuckart".  Heath, through her online identity, does business in this judicial district through offers and sales of the Unauthorized Media Product in the City and County of Los Angeles, among other places.

20.     Upon information and belief, Does 1 - 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of the Court.  Upon information and belief, Does 1 – 10 are principals, supervisory employees, or suppliers of one or the other named defendants or other entities or individuals who are, in this judicial district, manufacturing, distributing, selling and/or offering for sale merchandise which infringes the Plaintiffs' Works. The identities of the various Does are unknown to Plaintiffs at this time.  The Complaint will be amended to include the names of such individuals when identified. Heath and Does 1 – 10 are collectively referred to herein as "Defendants."

**E.     Defendants' Infringing Activities**

21.     Defendants have copied, reproduced, distributed, advertised and/or sold and continue to copy, reproduce, distribute, advertise and/or sell unauthorized copies of motion pictures owned by Plaintiffs, including, but not necessarily limited to, the Plaintiffs' Works.  The copies sold by Defendants are obviously pirated.  The packaging fails to conform with packaging characteristic of Plaintiffs' home video product and the disk does not contain the file structure characteristic of legitimate product.

22.     Defendants have not been authorized by Plaintiffs to reproduce, distribute, sell or offer for sale any of the Plaintiffs' Works.

23.   By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Plaintiffs' copyrights.  Plaintiffs have sustained and will continue to sustain substantial damage to the value of their creative works, specifically including the Plaintiffs' Works.

**F.   Plaintiffs' Damages**

24.   Plaintiffs are informed and believe, and upon that basis allege, that the Defendants have each obtained gains, profits and advantages as a result of their infringing activity in amounts within the jurisdiction of the Court.

25.   Plaintiffs are informed and believe, and upon that basis allege, that they have suffered and continue to suffer direct and actual damages as a result of Defendants' infringing conduct, in amounts within the jurisdiction of the Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Plaintiffs will require an accounting from each Defendant of all monies generated from the promotion, display, sale and offer for sale of the Defendants' goods and services using the Plaintiffs' Works.  In the alternative, Plaintiffs may elect to recover statutory damages pursuant to 17 U.S.C. § 504 (c) for each of Plaintiffs' Work infringed.

26.   Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts.  Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Plaintiffs.  Accordingly, Plaintiffs seek preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502 and seizure of the Unauthorized Media Product, including the means of production as provided by 17 U.S.C. § 503.

27.   By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their

claims, which attorneys' fees and costs Plaintiffs are entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

28.   Plaintiffs are without an adequate remedy at law in that damages are difficult to ascertain and, unless the Defendants' acts are enjoined, Plaintiffs will be irreparably harmed by Defendants' deliberate and systematic infringement of their rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court to order that:

1.   Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and permanently enjoined from directly or indirectly infringing the Plaintiffs' Works in any manner, including generally, but not limited to:

    a.   Reproducing, distributing, shipping, selling or offering for sale unauthorized copies, in any format, of any of the Plaintiffs' Works;

    b.   Aiding or abetting the reproduction, distribution, shipment, sale or offer for sale of any unauthorized copies of any of the Plaintiffs' Works; or

    c.   Marketing, advertising and/or promoting any unauthorized copies of the Plaintiffs' Works.

2.   That Plaintiffs and their designees are authorized to seize the following items which are in Defendants' possession, custody or control:

    a.   All Unauthorized Media Product;

    b.   Any other unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Plaintiffs' Works, or any part thereof;

    c.   Any molds, screens, patterns, plates, negatives, machinery or equipment, specifically including computers, servers, optical disc

burners and other hardware used for making or manufacturing the Unauthorized Media Product or unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Plaintiffs' Works, or any part thereof.

3. Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Plaintiffs' election;

4. Defendants be required to account for and pay over to Plaintiffs all damages sustained by Plaintiffs and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

5. Defendants be required to pay Plaintiffs their costs of this action and reasonable attorneys' fees; and

6. Plaintiffs be granted all other and further relief the Court may deem just and proper under the circumstances.

Dated: August 23, 2010          J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
    Attorneys for Plaintiffs Disney Enterprises, Inc.,
    Twentieth Century Fox Film Corporation,
    Warner Bros. Entertainment Inc., Universal City
    Studios LLLP and Universal City
    Studios Productions LLLP

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs Disney, Fox, Warner Bros. and Universal hereby demand a trial by jury of all issues so triable.

Dated: August 23, 2010        J. Andrew Coombs, A Professional Corp.

By: _____
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc.,
Twentieth Century Fox Film Corporation,
Warner Bros. Entertainment Inc., Universal City
Studios LLLP and Universal City
Studios Productions LLLP

# EXHIBIT "A"

# EXHIBIT "A"
## Copyright Registrations

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| PA 959-712 | Fantasia 2000 | Disney Enterprises, Inc. |
| PA 542-647 | Beauty and the Beast | Disney Enterprises, Inc. |
| PA 1-122-518 | Cinderella II: Dreams Come True | Disney Enterprises, Inc. |
| LP 13782 | Sleeping Beauty | Disney Enterprises, Inc. |
| LP 7689 | Snow White and the Seven Dwarfs | Disney Enterprises, Inc. |
| LP 38283 | The Aristocats | Disney Enterprises, Inc. |

# EXHIBIT "B"

## EXHIBIT "B"
## Copyright Registrations

| Copyright Registration Number | Title of Work | Author |
|---|---|---|
| PA 1-624-736 | X-Men Origins: Wolverine | Twentieth Century Fox Film Corp. |
| PA 1-613-603 | Marley & Me | Twentieth Century Fox Film Corp. |
| PA 1-614-824 | Bride Wars | Twentieth Century Fox Film Corp. |
| PA 1-636-677 | Adam | Twentieth Century Fox Film Corp. |
| PA 1-641-362 | All About Steve | Twentieth Century Fox Film Corp. |
| PA 1-630-377 | My Life in Ruins | Twentieth Century Fox Film Corp. |
| PA 1-643-117 | Jennifer's Body | Twentieth Century Fox Film Corp. |
| PA 1-636-719 | Aliens in the Attic | Twentieth Century Fox Film Corp. |
| PA 1-634-880 | I Love You Beth Cooper | Twentieth Century Fox Film Corp. |
| PA 1-653-536 | Avatar | Twentieth Century Fox Film Corp. |
| PA 1-267-306 | Walk The Line | Twentieth Century Fox Film Corp. |
| PA 1-250-840 | Robots | Twentieth Century Fox Film Corp. |

**EXHIBIT "C"**

# EXHIBIT "C"
## Copyright Registrations

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| RE 703-855 | Hotel (1967) | Warner Bros. Entertainment Inc. |
| R207502 | Dawn Patrol (1930) | Warner Bros. Entertainment Inc. |
| R585005 | Cry Wolf (1947) | Warner Bros. Entertainment Inc. |
| R 653591 | Black Hand (1950) | Warner Bros. Entertainment Inc. |
| R 248386 | Twenty Thousand Years In Sing Sing (1932) | Warner Bros. Entertainment Inc. |
| PA 1-266-284 | Miss Congeniality 2: Armed and Fabulous | Warner Bros. Entertainment Inc. |
| PA 1-121-348 | The Matrix Reloaded | Warner Bros. Entertainment Inc. |
| PA 1-195-956 | Analyze That | Warner Bros. Entertainment Inc. |

# EXHIBIT "D"

## EXHIBIT "D"
## Copyright Registrations

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| PA 1-591-563 | Charlie Wilson's War | Universal City Studios LLLP |
| PA 51-598-628 | The Incredible Hulk | Universal City Studios LLLP |
| PA 1-588-567 | The Bourne Ultimatum | Universal City Studios LLLP |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV10- 6323 AHM (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

J. Andrew Coombs (SBN 123881)
J. Andrew Coombs, A P.C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc. (see attachment) <br><br> PLAINTIFF(S) <br><br> v. <br><br> Virginia A. Heath and Does 1 through 10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 10 6323 -AHM(FMQx) <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S):  Virginia A. Heath _____

    A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _J. Andrew Coombs, A P.C._____, whose address is _517 E. Wilson Ave., Suite 202, Glendale, California 91206_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __**2 4 AUG 2010**__

By: _____MARILYN DAVIS_____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## SUMMONS ATTACHMENT

Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios LLLP and Universal City Studios Productions LLLP,

Plaintiffs,

v.

Virginia A. Heath and Does 1 - 10, inclusive,

Defendants.

## CIVIL COVER SHEET

**I(a) PLAINTIFFS**

Disney Enterprises, Inc. (see attachment)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Los Angeles
( EXCEPT IN U.S. PLAINTIFF CASES )

**(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**

J. Andrew Coombs  (SBN 123881)
J. Andrew Coombs, A P. C.,
517 E. Wilson Ave., Suite 202, Glendale, California 91206
Telephone:  (818) 500-3200 / Facsimile:  (818) 500-3201

**DEFENDANTS**

Virginia A. Heath and Does 1-10, inclusive,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

ATTORNEYS (IF KNOWN)

---

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
(For Diversity Cases Only)          FOR PLAINTIFF AND ONE FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multi-district Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### V. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23  **DEMAND $**

Check YES only if demanded in complaint: **JURY DEMAND:** ☒ YES  ☐ NO

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Copyright infringement 17 U.S.C. §§ 101, et seq.

### VII. NATURE OF SUIT   (PLACE AN x IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| | | PERSONAL INJURY | PERSONAL INJURY | | |
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | PROPERTY RIGHTS |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent |
| ☐ 810 Selective Service | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety /Health | ☐ 840 Trademark |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | SOCIAL SECURITY |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | | | | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Information Act | ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 220 Foreclosure | ☐ 442 Employment | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus/ Other | | |
| | ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | |
| | | | ☐ 555 Prison Condition | | |

### VIII(a). IDENTICAL CASES: Has this action been previously filed and dismissed, remanded or closed? ☐ YES  ☒ NO

If yes, list case number(s): _____

---

**FOR OFFICE USE ONLY:**  ☐ Pro Hac Vice fee:  ☐ paid  ☐ not paid
Applying IFP _____  Judge _____  Mag. Judge _____

CV10 6323

**CIVIL COVER SHEET**
(Reverse Side)

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b).  RELATED CASES: Have any cases been previously filed that are related to the present case? ☐YES  ☒NO

If yes, list case number(s): _____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:
(CHECK ALL BOXES THAT APPLY)   ☐ A.  Appear to arise from the same or substantially identical transactions, happenings, or events;

☐ B.  Involve the same or substantially the same parties or property;

☐ C.  Involve the same patent, trademark or copyright;

☐ D.  Call for determination of the same or substantially identical questions of law, or

☐ E.  Likely for other reasons  may entail unnecessary duplication of labor if heard by different judges.

---

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.

   Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.

   Texas

List the California County, or State if other than California, in which EACH claim arose.  (Use an additional sheet if necessary)
NOTE: In land condemnation cases, use the location of the tract of land involved.

   Los Angeles County

---

X. SIGNATURE OF ATTORNEY (OR PRO PER): X _____   Date 8-23-10
NOTICE TO COUNSEL/PARTIES:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969.  (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

## CIVIL COVER SHEET ATTACHMENT

Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios LLLP and Universal City Studios Productions LLLP,

Plaintiffs,

v.

Virginia A. Heath and Does 1 - 10, inclusive,

Defendants.