| | |
|---|---|
| 1  J. Andrew Coombs (SBN 123881)<br>   andy@coombspc.com<br>2  Annie S. Wang (SBN 243027)<br>   annie@coombspc.com<br>3  J. Andrew Coombs, A Prof. Corp.<br>   517 East Wilson Avenue, Suite 202<br>4  Glendale, California 91206<br>   Telephone: (818) 500-3200<br>5  Facsimile:  (818) 500-3201 | E-FILED 09/08/10<br>JS-6 |

6  Attorneys for Plaintiffs Disney Enterprises, Inc.,
7  Twentieth Century Fox Film Corporation,
   Warner Bros. Entertainment Inc., Universal City
8  Studios LLLP and Universal City
   Studios Productions LLLP

9

10  Virginia A. Heath
    ███████████
11  Whitney, Texas  76692-0852

12  Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios LLLP and Universal City Studios Productions LLLP,<br><br>         Plaintiffs,<br>    v.<br><br>Virginia A. Heath and Does 1 - 10, inclusive,<br><br>         Defendants. | Case No. CV10-6323 PSG (FMOx)<br><br>[~~PROPOSED~~] CONSENT JUDGMENT |

The Court, having read and considered the Joint Stipulation for Entry of Consent Judgment that has been executed on behalf of Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios LLLP and Universal City Studios Productions LLLP (collectively "Plaintiffs"), on the one hand, and Defendant Virginia A. Heath ("Defendant"), on the other hand, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs are entitled to, and shall recover from Defendant on Plaintiffs' Complaint for Defendant's infringement, the sum of One Hundred Twenty-Five Thousand Dollars ($125,000.00).

2. Plaintiffs are entitled to, and shall collectively recover from Defendant, interest accruing upon any unpaid portion of said $125,000.00 at the rate of ten percent (10%) per annum from the date of entry of judgment until paid in full.

3. Plaintiffs are further entitled to, and shall collectively recover from the Defendant, their actual attorneys' fees, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof. The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiffs or their counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

IT IS SO ORDERED this <u>7TH</u> day of <u>September</u>, 20<u>10</u>.

DATED:

**PHILIP S. GUTIERREZ**
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
J. Andrew Coombs, A Prof. Corp.

By: _____
   J. Andrew Coombs
   Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc.,
Twentieth Century Fox Film Corporation,
Warner Bros. Entertainment Inc., Universal City
Studios LLLP and Universal City
Studios Productions LLLP.

Virginia A. Heath

By: _____
   Virginia A. Heath
Defendant, *in pro se*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On September 3, 2010, I served on the interested parties in this action with:

- **JOINT STIPULATION RE ENTRY OF [PROPOSED] CONSENT JUDGMENT**
- **[PROPOSED] CONSENT JUDGMENT**

in support for the following civil action:

<u>Disney Enterprises, Inc., et al. v. Virginia A. Heath, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Virginia A. Heath<br>█████████████<br>Whitney, TX 76692-0852 | |
|---|---|

Place of Mailing: Glendale, California
Executed on September 3, 2010, at Glendale, California

_____
Jeremy Cordero